**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Christopher Andaryl WILLS, a/k/a
Michael Wills, a/k/a Ed Short,
Defendant—Appellant.**

**No. 05–6995.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2005.

Decided: Oct. 4, 2005.

Christopher Andaryl Wills, Appellant pro se. James L. Trump, Kevin Victor DiGregory, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Andaryl Wills seeks to appeal the district court's order denying appointment of counsel for his 28 U.S.C. § 2255 (2000) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Wills seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*